

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00333-CV

IN RE ANIBAR BARRERA, JR.                                        RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. CR23805

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's amended petition for writ of mandamus, the State's response, and relator's reply and is of the opinion that relief should be denied. Accordingly, relator's amended petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DAUPHINOT, J., filed a concurring opinion.

DELIVERED: December 30, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).